**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

AMERIPRISE FINANCIAL SERVICES, INC.,
                Petitioner,
                Cross-Respondent,

19 **CIVIL** 7812 (NRB)

-against-

**JUDGMENT**

JEFFREY R. SILVERMAN,
                Respondent,
                Cross-Petitioner.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated December 11, 2019, Ameriprise's petition to confirm the Award is granted and Silverman's cross-petition to vacate it is denied; accordingly, the case is closed.

**Dated**: New York, New York
         December 12, 2019

                                          **RUBY J. KRAJICK**

                                          **Clerk of Court**

               **BY:**
                                          **Deputy Clerk**